1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES J. QUINTANA, | ) 1:12cv0824 LJO DLB |
| | ) |
| | ) ORDER GRANTING APPLICATION TO |
| Plaintiff, | ) PROCEED IN FORMA PAUPERIS |
| | ) (Document 4) |
| v. | ) |
| | ) |
| QUEST DIAGNOSTICS, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff Charles J. Quintana ("Plaintiff") is proceeding pro se in this action.  Plaintiff

filed his complaint on May 18, 2012, along with a motion to proceed in forma pauperis pursuant

to 28 U.S.C. § 1915.  Plaintiff's application demonstrates that he is entitled to proceed without

prepayment of fees and is therefore GRANTED.

IT IS SO ORDERED.

Dated:    **May 22, 2012**                    _____**/s/ Dennis L. Beck**_____
                                                      UNITED STATES MAGISTRATE JUDGE